Michael R. Speck, Esq.
**Garces & Grabler**
6 Throckmorton St.
Freehold, NJ 07728
732-414-5000 / Fax 732-414-5001

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff<br><br>vs.<br><br>WOOD WORKS<br><br>　　　　　Defendant | Case No.: 3:10-CV-00153-MLC-TJB<br><br>ANSWER |

Defendant, Wood Works by Answer to Plaintiff's Complaint hereby says:

1. Defendant denies the allegations contained in paragraph one.

2. Defendant admits the allegations contained in paragraph two.

3. Defendant denies the allegations contained in paragraph three.

4. Defendant denies the allegations contained in paragraph four.

WHEREFORE, Defendant demands judgment dismissing Plaintiff's Complaint together with attorney fees and costs of suit.

　　　　　　　　　　　　　　　　　　　　　　GARCES & GRABLER
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

　　　　　　　　　　　　　　　　By:　_/s/ Michael R. Speck_
　　　　　　　　　　　　　　　　　　　　　　Michael R. Speck

Dated: January 25, 2010