Michael R. Speck, Esq.
**Garces & Grabler**
6 Throckmorton St.
Freehold, NJ 07728
732-414-5000 / Fax 732-414-5001

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff | : |
| | : Case No.: 3:10-CV-00153-MLC-TJB |
| vs. | : |
| | : |
| WOOD WORKS | : **ANSWER TO** |
| | : **AMENDED COMPLAINT** |
| Defendant | : |

Defendant, Wood Works by Answer to Plaintiff's Complaint hereby says:

1. Defendant denies the allegations contained in paragraph one.

2. Defendant admits the allegations contained in paragraph two.

3. Defendant denies the allegations contained in paragraph three.

4. Defendant denies the allegations contained in paragraph four.

WHEREFORE, Defendant demands judgment dismissing Plaintiff's Amended Complaint together with attorney fees and costs of suit.

**GARCES & GRABLER**
Attorneys for Defendant

By: _/s/ Michael R. Speck_
Michael R. Speck

Dated: March 23, 2010